IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**LARRY PANKEY**  **PLAINTIFF**

v.  Case No. 2:12-cv-116-KGB

**CARLA ERVIN**  **DEFENDANT**

### ORDER OF DISMISSAL

Plaintiff Larry Pankey has informed the Court that this case has been settled. Mr. Pankey moves to dismiss this case with prejudice. Therefore, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant are hereby dismissed with prejudice.

SO ORDERED this the 20th day of August, 2012.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge